IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELEN STRAUGHTER JOHNSON a/k/a HELEN L. STRAUGHTER and HELEN S. JOHNSON f/k/a HELEN STRAUGHTER, <br><br> Plaintiff, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., <br><br> Defendant. | **Stipulation of Voluntary Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Civil Action File No.: <br> 1:17-CV-03783-TWT-AJB |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed with prejudice against the Defendant Select Portfolio Servicing, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/Albert A. Mitchell
Albert A. Mitchell, Esq.
Georgia Bar No.: 512267
C & S Professional Building
3079 Campbellton Rd., Ste. 203
Atlanta, GA 30311
404-346-7009
Dated: 11/16/2017

/s/ Lauren E. Grondin w/ express permission
Lauren E. Grondin, Esq.
Georgia Bar No.: 387598
999 Peachtree St., NE, 26th FL
Atlanta, GA 30309
404-853-1500

Dated: 11/16/2017

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELEN STRAUGHTER JOHNSON a/k/a HELEN L. STRAUGHTER and HELEN S. JOHNSON f/k/a HELEN STRAUGHTER,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Civil Action File No.:<br>1:17-CV-03783-TWT-AJB |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed a true copy of the foregoing

**Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** in the

United States District Court for the Northern District of Georgia using the

CM/ECF system, and have served a copy on Defendant by depositing it in the U.S.

Mail, postage prepaid, addressed to the following:

Lauren E. Grondin, Esq.
999 Peachtree Street NE, 26th Floor
Atlanta, Georgia 30309

This 16 day of November, 2017.

/s/Albert A. Mitchell
ALBERT A. MITCHELL

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELEN STRAUGHTER JOHNSON a/k/a<br>HELEN L. STRAUGHTER and HELEN S.<br>JOHNSON f/k/a HELEN STRAUGHTER,<br><br>　　　Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>　　　Defendant. | Civil Action File No.:<br>1:17-CV-03783-TWT-AJB |

## RULE 7.1(D) CERTIFICATE

The foregoing STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) is double-spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

/s/Albert A. Mitchell
ALBERT A. MITCHELL
GA. Bar No.: 512267

ALBERT A. MITCHELL, P.C.
C & S Professional Building
3079 Campbellton Rd., Ste 203
Atlanta, GA  30311
Office: (404) 346-7009
aam@aamlawyer.com